UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO.: 4:09-CR-52-1-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| TORRI ALBERT SINCLAIR, | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's Motion for Additional Special Funds needed to complete Defendant's mental examination. Counsel for Defendant has represented to the Court that additional funds were needed to complete the Defendant's mental examination.

For good cause shown, the court GRANTS Defendant's Motion for Additional Special Funds, in the amount of $ 1500.00 .

This 17 day of June, 2010.

THE HONORABLE JAMES C. DEVER, III
United States District Court Judge