IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:09-CR-52-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TORRI ALBERT SINCLAIR, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court upon the request (D.E. 67) of the warden of the Metropolitan Correctional Center in New York, New York for an extension of time until 28 May 2015 to complete the mental health evaluation of defendant as ordered by the court on 31 March 2015 pursuant to 18 U.S.C. § 4241 (D.E. 66). For good cause shown, the request for extension is ALLOWED. The Clerk shall mail a copy of this order to the warden of the Metropolitan Correctional Center in New York, New York.

SO ORDERED, this the 30th day of April 2015.

James E. Gates
United States Magistrate Judge