IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:09-CR-52-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **AMENDED ORDER** |
| | ) | |
| TORRI ALBERT SINCLAIR, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court *sua sponte* following the submission of a Certificate of Competency (D.E. 83) by the Federal Medical Center at Springfield, Missouri ("FMC-Springfield"),[1] pursuant to this court's 9 June 2015 order (D.E. 77).

IT IS ORDERED as follows:

1. The court shall conduct a hearing in accordance with 18 U.S.C. § 4241(e) and § 4247(d) to determine the mental competency of defendant on Thursday, 21 January 2016, at 11:00 a.m. in the 6th Floor Courtroom of the Terry Sanford Federal Building and Courthouse, 310 New Bern Avenue, Raleigh, North Carolina.

2. If defendant is determined to be competent, the court shall proceed immediately with a renewed initial appearance on the motion for revocation of supervised release (D.E. 55).

3. Defendant and counsel of record shall attend the hearing.

4. By 19 January 2016, each party shall file a memorandum addressing:

   a. whether or not the party contests defendant's competency;

---

[1] This amended order modifies the original order (D.E. 84) to correct the references to the Federal Medical Center at Butner, North Carolina, or "FMC-Butner," to the Federal Medical Center at Springfield, Missouri ("FMC-Springfield").

  b. whether or not the party intends to call any witnesses at the competency hearing and, if so, the name of each witness and a description of the witness's expected testimony; and

  c. such other relevant matters as the party wishes to bring to the court's attention.

 5. Defendant shall remain at FMC-Springfield pending further order of the court.

 6. The Clerk is DIRECTED to transmit a copy of this order to the appropriate official at FMC-Springfield.

 SO ORDERED, this 7th day of January 2016.

           _____
           James E. Gates
           United States Magistrate Judge